UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08mj2201_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Andres Regalado, et al. | ) | |
| | ) | Booking No. _10168298_ |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Aurelio Santos-Perez

DATED: 7/24/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
     Deputy Clerk