UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>Andres Regalado, et al.<br><br>        Defendant(s) | CRIMINAL NO. 08mj2001<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10168298 |

On order of the United States District/Magistrate Judge   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jesus Lopez-Cruz

DATED:   7/24/08

RECEIVED _____
               DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
          Deputy Clerk