UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUDITH ELIZABETH QUEZADA,<br><br>　　　　　　Defendant. | CASE NO. 08CR2454-DMS<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) of: <u>8 USC 1324 (a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; 18 USC 2 - Aiding and Abetting</u>

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/02/08

　　　　　　　　　　　　　　　　　/s/ William McCurine, Jr.
　　　　　　　　　　　　　　　　　WILLIAM McCURINE, JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　ENTERED ON 9/2/08