# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER __08CR 2454-DMS__
                         )
vs                       )  ABSTRACT OF ORDER
                         )
__Judith Elizabeth Quezada__ )  Booking No. __10170298__
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9/2/08__
the Court entered the following order:

__X__ Defendant be released from custody.
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
____ Defendant released on $_____ bond posted.
____ Defendant appeared in Court. FINGERPRINT & RELEASE.
____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
     _____ dismissing appeal filed.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
____ Case Dismissed.
____ Defendant to be released to Pretrial Services for electronic monitoring.
__X__ Other. __Charges pending in 08CR2872-DMS__

UNITED STATES MAGISTRATE JUDGE

Received _____        W. SAMUEL HAMRICK, JR.   Clerk
         DUSM                  by _____
                                      Deputy Clerk

Crim-9  (Rev 6-95)                                           ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY